**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BELINDA SAUNDERS,

        Plaintiff,

vs.   Case No. 3:05-cv-1293-J-32HTS

KEVIN PROUTY, JR.,

        Defendant.

## ORDER[1]

This case is before the Court on movant the United States' Motion to Substitute Party (Doc. 4). The United States removed this negligence suit to federal court pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671-2680. Pursuant to § 2679(b)(1) of the Federal Tort Claims Act, the United States now moves to substitute itself as the defendant in this case on the grounds that the named defendant, Kevin Prouty, Jr., is not a proper party to this lawsuit because Prouty was acting in the scope of his federal employment with the Coast Guard at the time of the circumstances giving rise to this claim. The motion represents that plaintiff objected to the substitution of parties but plaintiff failed to timely file a response in opposition and did not respond even after the Court directed her to do so (see Order, Doc. 9). Now, upon review, the Court finds the motion is well-taken. Accordingly, it is hereby

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

**ORDERED**:

1. The United States' Motion to Substitute Party (Doc. 4) is **GRANTED**. Defendant Kevin Prouty, Jr. is dismissed from this case without prejudice. The Clerk shall substitute the United States as the defendant of record.

2. The parties have not yet filed their Case Management Report as directed by the Court (see Doc. 8) and shall do so no later than **April 20, 2006**. A copy of the form is attached hereto.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of April, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies w/attachment:

counsel of record